IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| Debtor | |
| SUIZA DAIRY, INC. | ADVERSARY NUMBER: 22-00062-ESL |
| Plaintiff | |
| CONDADO 5, LLC | |
| Defendant/Cross-Defendant | |
| VAQUERIA LAS MARTAS INC | |
| Defendant/Cross-Claimant | FILED & ENTERED ON APR/27/2023 |

ORDER

On March 22, 2023, the debtor/defendant, Vaqueria Las Martas, Inc., filed a motion for summary judgment (docket #42). Debtor/defendant "requests that the Court enter summary judgment in its favor directing Plaintiff Suiza Dairy Inc. to pay the receivables at issue to Debtor, free of any lien of Condado 5, LLC, including all amounts paid into Court pursuant to this interpleader case and the Orders entered in the main case at Docs. 55 and 92, except that the pre-petition receivable in the amount of $3000 should be paid to Condado 5 and applied to the balance due under its loan." The motion does not include a response time. Therefore, the court hereby orders Condado 5, LLC to oppose the motion within thirty (30) days. Upon failure to timely reply, the motion for summary judgment may be granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27 day of April, 2023.

*Enrique S. Lamoutte*
United States Bankruptcy Judge