# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

### Hearing Information

| | | | |
|---|---|---|---|
| **Debtor(s):** | SUIZA DAIRY, INC. v. CONDADO 5, LLC et al | **Case Number:** | 22-02380-ESL |
| | | **Chapter:** | AP 22-00062-ESL |
| **Date / Time / Room:** | 06/09/2025 at 10:00 AM | **Courtroom:** | Microsoft Teams Video & Audio Conferencing and/or |
| **Bankruptcy Judge:** | Hon. ENRIQUE S. LAMOUTTE INCLAN | | |
| **Courtroom deputy:** | DARHMA ZAYAS BOUJOUEN | | |
| **Reporter/ECR:** | Edna L Sanabria Lebron | | |

### Minute Entry

**Matter:**
STATUS CONFERENCE — #76: Plaintiff moves for voluntary dismissal on 6/6/25

**Appearances:**
☒ Debtor — Daniel Press, Esq.
☒ Debtor's Attorney — Plaintiff's / Rafael González Valiente, Esq.
☒ Trustee — José Carrión, Esq. / Alexandra Rodríguez, Esq.
☒ Movant/Creditors/Others — Tomás Blanco, Esq., Condado, LLC

**Proceedings:**

ORDER:

___ The parties are granted ____ days to conclude discovery.

___ The parties are granted ____ days to file dispositive motions. Replies are due ____ days thereafter.

___ The motion to dismiss/for summary judgment must be opposed within ____ days. Replies are due ____ days thereafter.

___ The parties are granted ____ days to file a settlement agreement.

___ The pretrial hearing is continued to: _____.

___ Trial is scheduled for _____.

___ Plaintiff shall show cause within ____ days from notice of this order why the complaint should not be dismissed for failure to appear at the instant pretrial.

___ Defendant shall show cause within ____ days from notice of this order why judgment should not be entered in favor of plaintiff for failure to appear at the instant pretrial.

**X** Other: Plaintiff's motion for voluntary dismissal of the adversary proceeding (dkt. #76) is hereby granted. Condado, Debtor and Trustee have no opposition. Disbursement of consigned funds will be determined in the main case. Judgment of dismissal will be entered.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge