United States Bankruptcy Court
District of Puerto Rico

SUIZA DAIRY, INC.,
    Plaintiff

CONDADO 5, LLC,
    Defendant

Adv. Proc. No. 22-00062-ESL

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf003 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | CONDADO 5, LLC, FERRAIUOLI LLC, PO BOX 195168, SAN JUAN, PR 00919-5168 |
| pla | | SUIZA DAIRY, INC., Godreau & Gonzlez law, PO Box 9024176, San Juan, PR 00902-4176 |
| dft | + | VAQUERIA LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Jun 09 2025 18:50:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Jun 09 2025 18:50:00 | MONSITA LECAROZ ARRIBAS, OFFICE OF THE US TRUSTEE (UST), OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crd | * | CONDADO 5, LLC, FERRAIUOLI LLC, PO BOX 195168, SAN JUAN, PR 00919-5168 |
| crc | *+ | VAQUERIA LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2025    Signature:    /s/Gustava Winters

District/off: 0104-3 User: admin Page 2 of 2
Date Rcvd: Jun 09, 2025 Form ID: pdf003 Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL MARK PRESS | on behalf of Cross Defendant CONDADO 5 LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email |
| GUSTAVO A CHICO-BARRIS | on behalf of Cross Defendant CONDADO 5 LLC gchico@ferraiuoli.com, edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com |
| RAFAEL A GONZALEZ VALIENTE | on behalf of Plaintiff SUIZA DAIRY INC. rgv@g-glawpr.com, zi@g-glawpr.com |
| SONIA COLON COLON | on behalf of Cross Defendant CONDADO 5 LLC scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com |
| TOMAS F. BLANCO-PEREZ | on behalf of Cross Defendant CONDADO 5 LLC tblanco@ferraiuoli.com, tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

### Hearing Information

| | | | |
|---|---|---|---|
| **Debtor(s):** | SUIZA DAIRY, INC. v. CONDADO 5, LLC et al | **Case Number:** | 22-02380-ESL |
| | | **Chapter:** | AP 22-00062-ESL |
| **Date / Time / Room:** | 06/09/2025 at 10:00 AM | **Courtroom:** | Microsoft Teams Video & Audio Conferencing and/or |
| **Bankruptcy Judge:** | Hon. ENRIQUE S. LAMOUTTE INCLAN | | |
| **Courtroom deputy:** | DARHMA ZAYAS BOUJOUEN | | |
| **Reporter/ECR:** | Edna L Sanabria Lebron | | |

### Minute Entry

**Matter:**
STATUS CONFERENCE

*#76: Plaintiff moves for voluntary dismissal on 6/6/25*

**Appearances:**

☒ Debtor — *Daniel Press, Esq.*
☒ Debtor's Attorney — *Plaintiff's — Rafael González Valiente, Esq.*
☒ Trustee — *José Carrión, Esq., Alexandra Rodríguez, Esq.*
☒ Movant/Creditors/Others: *Tomás Blanco, Esq. Condado, LLC*

**Proceedings:**

ORDER:

___ The parties are granted ___ days to conclude discovery.

___ The parties are granted ___ days to file dispositive motions. Replies are due ___ days thereafter.

___ The motion to dismiss/for summary judgment must be opposed within ___ days. Replies are due ___ days thereafter.

___ The parties are granted ___ days to file a settlement agreement.

___ The pretrial hearing is continued to: _____.

___ Trial is scheduled for _____.

___ Plaintiff shall show cause within ___ days from notice of this order why the complaint should not be dismissed for failure to appear at the instant pretrial.

___ Defendant shall show cause within ___ days from notice of this order why judgment should not be entered in favor of plaintiff for failure to appear at the instant pretrial.

X Other: *Plaintiff's motion for voluntary dismissal of the adversary proceeding (dkt. #76) is hereby granted. Condado, Debtor and Trustee have no opposition. Disbursement of consigned funds will be determined in the main case. Judgment of dismissal will be entered.*

/s/Enrique S. Lamoutte
U.S. Bankruptcy Judge