IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 22-02380-ESL12 |
| LAS MARTAS INC | Chapter 12 |
| Debtor | ADVERSARY NUMBER: 22-00062-ESL |
| SUIZA DAIRY, INC. | |
| Plaintiff | |
| VAQUERIA LAS MARTAS INC | |
| Defendant | FILED & ENTERED ON JUL/15/2025 |

JUDGMENT

Upon the Order entered by Honorable Enrique S. Lamoutte Inclan on 06/09/2025, (docket #77), dismissing the complaint by voluntary request, it is now

ADJUDGED AND DECREED that Judgment be and is hereby entered dismissing the adversary proceeding.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of July, 2025.

Enrique S. Lamoutte
United States Bankruptcy Judge