United States Bankruptcy Court

District of Puerto Rico

SUIZA DAIRY, INC.,

    Plaintiff

CONDADO 5, LLC,

    Defendant

Adv. Proc. No. 22-00062-ESL

# CERTIFICATE OF NOTICE

| District/off: 0104-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: pdf002 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Jul 15 2025 18:36:00 | MONSITA LECAROZ ARRIBAS, OFFICE OF THE US TRUSTEE (UST), OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2025        Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:**

**Name**        **Email Address**

DANIEL MARK PRESS
    on behalf of Cross Defendant CONDADO 5 LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
    on behalf of Cross Defendant CONDADO 5 LLC gchico@ferraiuoli.com, edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

RAFAEL A GONZALEZ VALIENTE
    on behalf of Plaintiff SUIZA DAIRY INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
    on behalf of Cross Defendant CONDADO 5 LLC scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
    on behalf of Cross Defendant CONDADO 5 LLC tblanco@ferraiuoli.com, tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

District/off: 0104-3                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 15, 2025                       Form ID: pdf002                                 Total Noticed: 1
TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:                                    CASE NO. 22-02380-ESL12

LAS MARTAS INC                            Chapter 12

            Debtor                        ADVERSARY NUMBER: 22-00062-ESL
SUIZA DAIRY, INC.
            Plaintiff
VAQUERIA LAS MARTAS INC
            Defendant                     FILED & ENTERED ON JUL/15/2025

JUDGMENT

    Upon the Order entered by Honorable Enrique S. Lamoutte Inclan on 06/09/2025, (docket #77), dismissing the complaint by voluntary request, it is now

    ADJUDGED AND DECREED that Judgment be and is hereby entered dismissing the adversary proceeding.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 15 day of July, 2025.


                                    Enrique S. Lamoutte
                                    United States Bankruptcy Judge