United States Bankruptcy Court

District of Puerto Rico

SUIZA DAIRY, INC.,
    Plaintiff

CONDADO 5, LLC,
    Defendant

Adv. Proc. No. 22-00062-ESL

# CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 2
Date Rcvd: Jul 15, 2025      Form ID: pdf003      Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | CONDADO 5, LLC, FERRAIUOLI LLC, PO BOX 195168, SAN JUAN, PR 00919-5168 |
| pla | | SUIZA DAIRY, INC., Godreau & Gonzlez law, PO Box 9024176, San Juan, PR 00902-4176 |
| dft | + | VAQUERIA LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Jul 15 2025 18:36:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Jul 15 2025 18:36:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Jul 15 2025 18:35:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Jul 15 2025 18:36:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| ust | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Jul 15 2025 18:36:00 | MONSITA LECAROZ ARRIBAS, OFFICE OF THE US TRUSTEE (UST), OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crd | * | CONDADO 5, LLC, FERRAIUOLI LLC, PO BOX 195168, SAN JUAN, PR 00919-5168 |
| crc | *+ | VAQUERIA LAS MARTAS INC, HC 05 BOX 91635, ARECIBO, PR 00612-9517 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0104-3 | User: admin | Page 2 of 2
Date Rcvd: Jul 15, 2025 | Form ID: pdf003 | Total Noticed: 8

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:**

**Name** — **Email Address**

DANIEL MARK PRESS
  on behalf of Cross Defendant CONDADO 5  LLC dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

GUSTAVO A CHICO-BARRIS
  on behalf of Cross Defendant CONDADO 5  LLC gchico@ferraiuoli.com, edocketslit@ferraiuoli.com;gchico@ecf.courtdrive.com;atorres@ferraiuoli.com

RAFAEL A GONZALEZ VALIENTE
  on behalf of Plaintiff SUIZA DAIRY  INC. rgv@g-glawpr.com, zi@g-glawpr.com

SONIA COLON COLON
  on behalf of Cross Defendant CONDADO 5  LLC scolon@ferraiuoli.com, edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;atorres@ferraiuoli.com

TOMAS F. BLANCO-PEREZ
  on behalf of Cross Defendant CONDADO 5  LLC tblanco@ferraiuoli.com, tblanco@ecf.courtdrive.com;atorres@ferraiuoli.com;edocketslit@ferraiuoli.com

TOTAL: 5

```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                       THE DISTRICT OF PUERTO RICO


 IN RE:                             CASE NO. 22-02380-ESL12
 LAS MARTAS INC                     Chapter 12

           Debtor                   ADVERSARY NUMBER: 22-00062-ESL
 SUIZA DAIRY, INC.
           Plaintiff
 VAQUERIA LAS MARTAS INC
           Defendant                    FILED & ENTERED ON JUL/15/2025
```

                                JUDGMENT

    Upon the Order entered by Honorable Enrique S. Lamoutte Inclan on 06/09/2025, (docket #77), dismissing the complaint by voluntary request, it is now

    ADJUDGED AND DECREED that Judgment be and is hereby entered dismissing the adversary proceeding.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 15 day of July, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge